

AUSA KKA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    '08 MJ 8590

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Danny GARCIA-Zamarripa, ) | Importation of a Controlled Substance (Felony) |
| Defendant ) | |

The undersigned complainant being duly sworn states:

That on or about June 30, 2008 within the Southern District of California, defendant Danny GARCIA-Zamarripa, did knowingly and intentionally import approximately 91.10 kilograms (200.42 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Enrique Torregrosa Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th DAY OF JUNE 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
        v.
Danny GARCIA-Zamarripa

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Enrique Torregrosa.

On June 30, 2008, at approximately 0345 hours, Danny GARCIA-Zamarripa (GARCIA) entered the United States from the Republic of Mexico via the Calexico, California, West Port of Entry. GARCIA was the driver and registered owner of a 1990 Ford Utility truck, bearing California U. S. license plate 4A43719.

Customs and Border Protection Canine Officer C. Jones was conducting a pre-primary operation, when his assigned Human/Narcotic Detector Dog alerted to the rear cargo doors of GARCIA's truck. Canine Officer Jones advised Customs and Border Protection Officer (CBPO) E. Velazquez of the alert. CBPO Velazquez referred GARCIA and his truck to the vehicle secondary lot for further inspection.

Upon arrival to the vehicle secondary lot, CBPO Velazquez obtained negative Customs declaration from GARCIA and asked him where he was going. GARCIA responded he was going to work. CBP Canine Officer Jones re-screened the truck and advised CBPO Velazquez of the alert. CBPO Velazquez attempted to escort GARCIA to the vehicle secondary office and GARCIA attempted to abscond. GARCIA was apprehended and taken into the vehicle secondary office.

A subsequent search of the truck by CBPO Velazquez revealed several packages hidden within a specially built compartment located within the propane tank of the truck. CBPO removed twenty

two (22) packages concealed within the propane tank. The approximate weight of the packages was 91.10 kilograms (200.42 pounds). CBPO Velazquez probed one package, which produced a green leafy substance, which field-tested positive for marijuana.

Special Agent Torregrosa read the Miranda Rights to GARCIA which he understood and waived agreeing to answer questions. GARCIA stated a subject known to him as "NARIZON" offered him $2,000.00 to smuggle marijuana into the United States. GARCIA stated he had done it approximately six times and each time he was paid $2,000.00.