# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER **08mj8590** |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. **09103298** |
| **Danny Garcia-Zamarripa** ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **7-16-08** the Court entered the following order:

☑ Defendant be released from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

☑ Defendant released on $ **20,000 p/s** bond posted.

☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

☐ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

☐ Defendant sentenced to TIME SERVED, supervised release for _____ years.

☐ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
   _____ dismissing appeal filed.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☐ Case Dismissed.

☐ Defendant to be released to Pretrial Services for electronic monitoring.

☐ Other. _____

**PETER C. LEWIS**
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Received _____
DUSM

Crim-9  (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY